Núm. 7229.—PUEBLO, apldo. *v.* TORRES, aplte.—C. D. Guayama.

Diciembre 15, 1938.

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

Por los motivos expresados en la sentencia dictada en el día de hoy en el caso Núm. 7228, *El Pueblo de Puerto Rico* v. *Marcelo Torres* (ante, pág. 1020), se confirma la sentencia que dictó la Corte de Distrito de Guayama en abril 8, 1938.

El Juez Presidente Sr. Del Toro no intervino.

RECONSIDERACIONES DENEGADAS POR EL TRIBUNAL DURANTE EL PERÍODO QUE CUBRE EL PRESENTE TOMO